UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:                                                                                    CASE NO. 05-10866

Evans, Rex Allen and Evans, Renee Price
                                                                                          CHAPTER 7

Debtor(s)

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned, Kim Sawyer, as General Counsel for The Locator Services Group Ltd. ("Applicant"), applies to this court for entry of an order directing the Clerk of the Court to remit to CIT Group Inc. ("Claimant") the sum of $1,788.34, said funds having been deposited into the Treasury of the United States pursuant to order of this Court.

Applicant further states that:

1. The Cit Group/Consumer Finance, Inc. was due to receive a distribution from the estate of the debtor in the above-captioned case in the amount of $1,788.34. Said funds have been remitted to the Court as unclaimed, pursuant to 11 U.S.C. § 347. A copy of the Trustee's Motion to Pay into Registry Fund depositing said funds into the court's registry is attached to this Application

2. Applicant is an attorney and a "funds locator" who has been retained by the Claimant. Applicant has obtained an original Power of Attorney from the individual or the duly authorized representative for the business or the corporation seeking to claim said funds. A Power of Attorney conforming to the official Bankruptcy Form is attached to this Application and incorporated by reference.

3. Applicant has attached and made part of this Application all required supporting documentation establishing the Claimant is the rightful owner of said funds.

4. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other Application for this claim is currently pending before the Court, or that any party other than the Claimant is entitled to receive these funds.

5. Applicant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Applicant has knowingly and fraudulently made any false statements in this document.

Respectfully submitted this day, Wednesday, December 07, 2011.

THE LOCATOR SERVICES GROUP LTD:

CIT Group Inc.
Petitioner

BY: /S/ Kim Sawyer
Signature of Petitioner

65-1051192
SSN# or Tax ID

Kim Sawyer, Counsel
Name and Title of Petitioner

The Locator Services Group, Ltd.
Company Name

280 Summer Street, Suite 701
Street Address

Boston, MA 02210
City and State

(617) 859-0600
Telephone

**Payment Address:**
CIT Group Inc.
c/o The Locator Services Group Ltd.
280 Summer Street, Suite 701
Boston, MA 02210

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:                                                              CASE NO. 05-10866

Evans, Rex Allen and Evans, Renee Price
                                                                    CHAPTER 7

Debtor(s)

CERTIFICATE OF SERVICE

I, Kim Sawyer, General Counsel of The Locator Services Group Ltd., as Attorney-in-Fact for CIT Group Inc., certify that on Wednesday, December 07, 2011, service of a true and complete copy of this Application for Payment of Unclaimed Funds was made upon the following party via U.S. Postal Service:

United States Attorney
260 West Vine Street, Suite 300
Lexington, KY 40507-1671

/S/ Kim Sawyer
Kim Sawyer, General Counsel
The Locator Services Group Ltd.
Attorney-in-Fact for CIT Group Inc.