UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:

Evans, Rex Allen and Evans, Renee Price

Debtor(s)

CASE NO. 05-10866

CHAPTER 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon consideration of the Motion to Withdraw Unclaimed Funds and supporting documentation filed contemporaneously herewith,

**IT IS HEREBY ORDERED:**

That, pursuant to 28 USC 2042, the Bankruptcy Clerk, Eastern District of Kentucky, pay this unclaimed money to the order of:

CIT Group Inc.
c/o The Locator Services Group Ltd.
280 Summer St., Suite 701
Boston, MA 02210

Dated:_____

_____
Bankruptcy Judge
Eastern District of Kentucky

Pursuant to Local Rule 9022-1(c), Kim Sawyer, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of services of the order upon such parties within ten (10) days hereof.

Copies to:

The Locator Services Group, 280 Summer St., Suite 701, Boston, MA 02210
United States Attorney, 260 West Vine Street, Suite 300, Lexington, KY 40507-1671
CIT Group Inc., One CIT Drive, Livingston, NJ 07039
Financial Manager-USBC

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge
Dated: Tuesday, December 13, 2011
(jms)**